**Todd M. Schneider** (SBN 158253)
**Jason H. Kim** (SBN 220279)
**Kyle G. Bates** (SBN 299114)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com
*Attorneys for Plaintiff*

**Randall W. Edwards** (SBN 179053)
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
415-984-8700
Fax: (415) 984-8701
Email: REdwards@omm.com
*Attorneys for Defendant Great-West
Financial RPS LLC*

**R. Bradford Huss** (SBN 71303)
**Angel L. Garrett** (SBN 255682)
**Dylan D. Rudolph** (SBN 278707)
Trucker Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111-2628
Tel: (415) 788-3111
Fax: (415) 421-2017
Email: bhuss@truckerhuss.com
        agarrett@truckerhuss.com
        drudolph@truckerhuss.com

**Joseph C. Faucher** (SBN 137353)
Trucker Huss
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Tel: (213) 537-1016
Fax: (213) 537-1020
E-mail: jfaucher@truckerhuss.com
*Attorneys for Defendants Safeway Inc. and
Safeway Benefit Plans Committee*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENNIS M. LORENZ, Individually and  On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAFEWAY, INC.; SAFEWAY BENEFIT PLANS COMMITTEE; GREAT-WEST FINANCIAL RPS LLC; and DOES 1 through 50, inclusive,<br>        Defendants. | Case No.: 3:16-cv-04903-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' RESPONSES TO PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

1      Plaintiff Dennis Lorenz ("Plaintiff") and Defendants Safeway Inc., Safeway Benefit Plans

2   Committee (collectively, "Safeway"), and Great-West Financial RPS LLC ("Great-West")

3   (collectively, Safeway and Great-West are referred to herein as "Defendants," and together with

4   Plaintiff "the Parties"), by and through their respective counsel of record, jointly submit this

5   Stipulation seeking an Order Modifying the Briefing Schedule on Defendant's Response to

6   Plaintiff's Proposed Second Amended Complaint.  By this stipulation, the Parties (1) consent to

7   the filing of Plaintiff's Second Amended Complaint and seek an Order granting Plaintiff leave to

8   file his Second Amended Complaint, (2) seek an Order setting the deadline by which Defendants

9   must respond to Plaintiff's Second Amended Complaint as December 15, 2016, and (3) seek an

10   Order setting the deadline for the Parties to submit the Joint Case Management Statement by

11   December 15, 2016 and continuing the Case Management Conference to December 22, 2016.  In

12   support of such relief, the Parties state as follows:

13      1.      The Complaint in this action was filed on August 25, 2016.  On September 16, 2016,

14   Plaintiff filed an Amended Complaint (ECF No. 7). By Stipulation, Defendants' time for

15   responding to the Amended Complaint was extended to November 15, 2016.  (ECF Nos. 16 and

16   18).

17      2.      On November 7, 2016, this matter was reassigned to Judge Donato, and an Initial

18   Case Management Conference was set for December 1, 2016.  (ECF No. 24).

19      3.      On November 14, 2016, and pursuant to a Motion for Administrative Relief to

20   Consider Whether Cases Should be Related in *Maria Terraza v. Safeway Inc., et al.*, Case No. 16-

21   cv-03994 ("the *Terraza* matter"), this matter was found to be related to the *Terraza* matter and

22   reassigned to this Court.  Related Case Order, *Terraza v. Safeway Inc., et al.*, Case No. 16-cv-

23   03994, ECF No. 35 (Nov. 14, 2016).

24      4.      Plaintiff seeks to file a Second Amended Complaint.

25      5.      The Parties have met and conferred regarding Plaintiff's proposed Second Amended

26   Complaint, and in so doing Plaintiff circulated the draft of that complaint attached hereto as

27

28

1  **Exhibit A,** which tracks the differences between Plaintiff's Amended Complaint and proposed

2  Second Amended Complaint.

3  6. While Defendants consent to the filing of the Second Amended Complaint, they do

4  not waive any arguments that may be made against the Second Amended Complaint, including but

5  not limited to those under Federal Rule of Civil Procedure 12.

6  7. The Parties have discussed the briefing schedule for Defendants to respond to the

7  Second Amended Complaint and agree that Defendants' responses to the Second Amended

8  Complaint shall be filed no later than December 15, 2016. The Parties agree that the Initial Case

9  Management Conference should be held after Plaintiff files the Second Amended Complaint and

10 Defendants respond to the Second Amended Complaint to ensure that the Case Management

11 Conference is as productive as possible.

12 8. Therefore, the Parties agree that the Initial Case Management Conference should be

13 held on December 22, 2016 with the Joint Case Management Statement due on December 15,

14 2016.

15 ACCORDINGLY, THE PARTIES HEREBY STIPULATE and request that the Court orders as

16 follows:

17 (1) Plaintiff is granted leave to file his Second Amended Complaint forthwith.

18 (2) Defendants' responses to the Plaintiffs' Second Amended Complaint shall be filed no

19 later than December 15, 2016.

20 (3) The parties will submit the Case Management Statement on December 15, 2016.

21 (4) The Initial Case Management Conference shall be held at December 22, 2016 at 1:30

22 p.m.

23

24 SO STIPULATED:

25 Dated: November 14, 2016               /s/ _Jason H. Kim_____

26                                         SCHNEIDER WALLACE
                                           COTTRELL KONECKY WOTKYNS LLP
27

28

1

2       Todd M. Schneider (SBN 158253)
        Jason H. Kim (SBN 220279)
3       Kyle G. Bates (SBN 299114)
        2000 Powell Street, Suite 1400
        Emeryville, California 94608
4       Tel:  (415) 421-7100
        Fax:  (415) 421-7105
5       tschneider@schneiderwallace.com
        jkim@schneiderwallace.com
6       kbates@schneiderwallace.com
        *Attorneys for Plaintiff Dennis Lorenz*

7

8

9   Dated: November 14, 2016          */s/ R. Bradford Huss*
                                      R. Bradford Huss (SBN 71303)
10                                    Trucker Huss, APC
                                      One Embarcadero Center, 12th Floor
11                                    San Francisco, CA 94111-2628
                                      415-788-3111
12                                    Fax: 415-421-2017
                                      Email: bhuss@truckerhuss.com
13                                    *Attorneys for Defendants Safeway Inc. and*
                                      *Safeway Benefit Plans Committee*
14

15

16  Dated: November 14, 2016          */s/ Randall W. Edwards*
                                      Randall W. Edwards (SBN 179053)
17                                    O'Melveny & Myers LLP
                                      Two Embarcadero Center
18                                    28th Floor
                                      San Francisco, CA 94111
19                                    415-984-8700
                                      Fax: (415) 984-8701
20                                    Email: REdwards@omm.com
                                      *Attorneys for Defendant Great-West Financial*
21                                    *RPS LLC*

22

23

24

25

26

27

28
        JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
        ON DEFENDANTS' RESPONSES TO PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT AND CASE
        MANAGEMENT CONFERENCE
        *Dennis Lorenz v. Safeway, Inc..*, Case No. 3:16-cv-04903-JST
        4

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other

signatories.


Dated: November 14, 2016                    /s/ *Jason H. Kim*
                                            SCHNEIDER WALLACE
                                            COTTRELL KONECKY WOTKYNS LLP
                                            Todd M. Schneider (SBN 158253)
                                            Jason H. Kim (SBN 220279)
                                            Kyle G. Bates (SBN 299114)
                                            2000 Powell Street, Suite 1400
                                            Emeryville, California 94608
                                            Tel:  (415) 421-7100
                                            Fax:  (415) 421-7105
                                            tschneider@schneiderwallace.com
                                            jkim@schneiderwallace.com
                                            kbates@schneiderwallace.com
                                            *Attorneys for Plaintiff Dennis Lorenz*


**[PROPOSED] ORDER**

Plaintiff is granted leave to file his Second Amended Complaint and Defendants shall file

their responses to the Second Amended Complaint no later than December 15, 2016.  ~~The Case

Management Conference shall be held on December 22, 2016 at 1:30 p.m. with the Case

Management Statement to be filed no later than December 15, 2016.~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 15, 2016

_____
JON S. TIGAR
United States District Judge