R. Bradford Huss, SBN 71303
Angel L. Garrett, SBN 255682
Dylan D. Rudolph, SBN 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:   bhuss@truckerhuss.com
          agarrett@truckerhuss.com
          drudolph@truckerhuss.com

Joseph C. Faucher, SBN 137353
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone:    (213) 537-1016
Facsimile:    (213) 537-1020
E-mail:   jfaucher@truckerhuss.com

Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT PLANS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., BENEFIT PLANS COMMITTEE SAFEWAY INC., and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. 3:16-cv-04903-JST<br><br>**STIPULATION TO EXTEND TIME FOR THE SAFEWAY DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12, and Local Rule 6-1(a), Defendants SAFEWAY INC. and SAFEWAY BENEFIT PLANS COMMITTEE (collectively, the "Safeway Defendants") and Plaintiff DENNIS M. LORENZ ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which the Safeway Defendants have to respond to Plaintiff's second amended complaint ("SAC") and, in support thereof, state as follows:

WHEREAS, Plaintiff's SAC was filed on November 21, 2016 (Docket No. 31);

WHEREAS, the Safeway Defendants filed a motion to dismiss Plaintiff's SAC on December 15, 2017 (Docket No. 38);

WHEREAS, the Court granted in part and denied in part the Safeway Defendants' motion to dismiss Plaintiff's SAC by order dated March 13, 2017 (Docket No. 58);

WHEREAS, Plaintiff's counsel informed the Court and the Safeway Defendants at the March 15, 2017 scheduling conference that Plaintiff may seek leave to further amend his SAC to drop his class action allegations in light of the Court's order dismissing Plaintiff's prohibited transaction claims against the Safeway Defendants and Defendant Great-West Life Financial RPS LLC;

WHEREAS, at the March 15, 2017 case management conference, the Court set a deadline for Plaintiff to elect whether the case will proceed as a class action on March 31, 2017 (Docket No. 67);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to respond to Plaintiff's SAC is currently March 27, 2017;

WHEREAS, Defendants' response to Plaintiff's SAC will necessarily be affected should Plaintiff further amend his SAC to drop his class action allegations;

WHEREAS, this stipulation regarding an extension for Defendants to respond to Plaintiff's SAC will not alter any dates set by the Court;

///

///

///

///

NOW, THEREFORE, the Plaintiff and the Safeway Defendants hereby stipulate and agree as follows:

1. The deadline for the Safeway Defendants to respond to Plaintiff's SAC, or to a further amended complaint filed by Plaintiff in this action prior to the March 31, 2017 cut-off set by the Court in its case management order, shall be extended to: April 18, 2017.

IT IS SO STIPULATED.

DATED: March 16, 2017                    TRUCKER ✦ HUSS

                                         By: /s/ R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendants
                                         SAFEWAY INC. and SAFEWAY BENEFIT
                                         PLANS COMMITTEE

DATED: March 16, 2017                    SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP


                                         By: /s/ Jason H. Kim
                                         Jason H. Kim
                                         Attorneys for Plaintiff
                                         DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated

I attest that my firm has obtained Jason Kim's concurrence in the filing of this document.

DATED: March 16, 2017

                                         TRUCKER ✦ HUSS

                                         By: /s/ R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendants
                                         SAFEWAY INC. and BENEFIT PLANS
                                         COMMITTEE SAFEWAY INC.

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

**[~~PROPOSED~~] ORDER**

The deadline for the Safeway Defendants to respond to Plaintiff's SAC, or to a further amended complaint filed by Plaintiff in this action prior to the March 31, 2017 cut-off set by the Court in its case management order, shall be extended to: April 18, 2017.

**IT IS SO ORDERED.**

DATED: March 17, 2017

Hon. Jon S. Tigar
United States District Judge