R. Bradford Huss, SBN 71303
Angel L. Garrett, SBN 255682
Dylan D. Rudolph, SBN 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
        agarrett@truckerhuss.com
        drudolph@truckerhuss.com

Joseph C. Faucher, SBN 137353
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>SAFEWAY, INC.; SAFEWAY BENEFIT PLANS COMMITTEE; GREAT-WEST FINANCIAL RPS LLC; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:16-cv-04903-JST<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 11, 2017** |

STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
Case No. 3:16-CV-04903-JST
166210.v1

1

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

Pursuant to Local Rule 6-1(b), Defendants SAFEWAY INC. and SAFEWAY BENEFIT PLANS COMMITTEE (collectively, "Safeway Defendants") and Plaintiff DENNIS M. LORENZ ("Plaintiff") (Plaintiff and Safeway Defendants collectively referred to as the "Parties") hereby stipulate and request, by and through their respective counsel, an order continuing the further case management conference that is currently set in this litigation to October 11, 2017 at 2:00 p.m.:

WHEREAS, a further case management conference is currently set in this action for September 13, 2017 at 2:00 p.m., with an updated joint case management statement due by September 5, 2017 (Docket No. 61);

WHEREAS, this case was deemed "related" to another case currently pending before the Court, titled *Maria Karla Terraza v. Safeway Inc., et al*. (No. 16-cv-03994-JST) (Docket No. 26);

WHEREAS, a further case management conference was previously set in the *Maria Karla Terraza* action for September 13, 2017 (Case No. 16-cv-03994 Docket No. 66);

WHEREAS, on August 25, 2017, the Clerk issued a notice continuing the case management conference in the *Maria Karla Terraza* case to October 11, 2017 at 2:00 p.m., with an updated joint case management statement due by October 2, 2017 (Case No. 16-cv-03994 Docket No. 91);

WHEREAS, the Parties have agreed that good cause exists for an order continuing the further case management conference currently set in this case, to the October 11, 2017 at 2:00 p.m. continued date set in the *Terraza* action because issues may be addressed at both conferences that affect both of these related cases, and that an updated joint case management statement will be due in this action by October 2, 2017 accordingly;

///
///
///
///
///
///
///
///

NOW, THEREFORE, the Parties hereby stipulate and request as follows:

1. That the Court issue an order continuing the further case management conference currently set in this action to the October 11, 2017 at 2:00 p.m., and that an updated joint case management statement will be due by October 2, 2017.

IT IS SO STIPULATED.

DATED: August 30, 2017        TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

DATED: August 30, 2017        SCHNEIDER, WALLACE, COTTRELL, KONECKY, WOTKYNS, LLP

By: /s/ Kyle G. Bates
Jason H. Kim
Kyle G. Bates
Attorneys for Plaintiff
DENNIS M. LORENZ, individually and on behalf of the SAFEWAY 401(K) PLAN

I attest that my firm has obtained Kyle G. Bates's concurrence in the filing of this document.

DATED: August 30, 2017

TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Attorneys for Defendants
SAFEWAY INC. and BENEFIT PLANS
COMMITTEE SAFEWAY INC.

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

# [PROPOSED] ORDER

Good cause exists for an order continuing the further case management conference currently set in this action for September 13, 2017. The further case management conference is hereby continued to October 11, 2017 at 2:00 p.m. An updated joint case management statement is due by October 2, 2017.

DATE: August 30, 2017

Hon. Jon S. Tigar
United States District Court Judge