R. Bradford Huss, SBN 71303
Angel L. Garrett, SBN 255682
Dylan D. Rudolph, SBN 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
  agarrett@truckerhuss.com
  drudolph@truckerhuss.com

Joseph C. Faucher, SBN 137353
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; SAFEWAY BENEFIT PLANS COMMITTEE; GREAT-WEST FINANCIAL RPS LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04903-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE DEADLINES; [PROPOSED] ORDER** |

Plaintiff, Dennis M. Lorenz ("Plaintiff"), and Defendants, Safeway Inc. ("Safeway") and Safeway Benefit Plans Committee ("Benefit Plans Committee"), collectively ("Defendants"), through their counsel, hereby stipulate and agree that:

WHEREAS, the initial complaint was filed against Safeway Inc., the Benefits Plans Committee Safeway Inc. and Great-West Financial RFS LLC ("Great-West") on August 25, 2016;

WHEREAS, the Court dismissed the claims against Great-West with prejudice and consequently removed Great-West as a defendant in this action on March 13, 2017 (ECF No. 58);

WHEREAS, the Rule 16(b) conference was held, and the Court then issued the current scheduling order on March 15, 2017 (ECF No. 60), setting the discovery, pre-trial and trial dates;

WHEREAS, after the scheduling order was issued, Plaintiff filed a third amended complaint on March 31, 2017;

WHEREAS, the Plaintiff and Defendants have exchanged certain initial disclosures, have engaged in written discovery and have been in the process of scheduling depositions;

WHEREAS, the Parties have been working diligently and cooperatively to prepare this case for trial, while also pursuing their efforts in a manner designed to avoid imposing undue burdens or expenses on any of the Parties;

WHEREAS, in light of the above and despite the Parties' diligent efforts to cooperate, the Parties believe that the current schedule will not provide adequate time to complete discovery, expert disclosures, dispositive motions, and trial;

WHEREAS, the Parties have not previously requested any extensions of the pretrial or trial dates in this case;

WHEREAS, in the related case of *Maria Karla Terraza v. Safeway Inc., et al*. (No. 16-cv-03994-JST) (*see* Docket No. 26), the Court entered an order providing for a ninety (90) day continuance of the deadlines for expert and fact discovery and to file dispositive motions (*see* ECF No. 108 in *Terraza*) on November 30, 2017;

WHEREAS, the Court in the *Terraza* action also ordered that the next Case Management Conference be held on January 24, 2018, at 2:00 pm., the Pretrial Conference be held on September 7, 2018, at 2 p.m. with the joint pretrial conference statement due on or before August 28, 2018, and

that trial shall commence on October 22, 2018, with eight (8) days reserved for trial;

WHEREAS, the Court in this action also ordered that the next Case Management Conference be held on January 24, 2018, at 2:00 pm. (ECF No. 74.1)

WHEREAS, the Parties have agreed that good cause exists for an order setting all the dates, including the pretrial and trial dates, to the dates set in in the *Terraza* action because the issues in these two actions overlap;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| March 22, 2018 | Deadline to complete fact discovery |
| April 12, 2018 | Deadline for expert disclosures |
| May 2, 2018 | Deadline for expert rebuttal |
| May 21, 2018 | Deadline to complete expert discovery |
| June 15, 2018 | Deadline to file dispositive motions |
| September 5, 2018 | Deadline to file pretrial conference statement |
| September _7_, 2018, at 2 p.m. | Pretrial Conference |
| October 22, 2018 | Trial (eight court days) |

TRUCKER ✦ HUSS

Dated: December 15, 2017      By:/s/ R. Bradford Huss
                               R. Bradford Huss
                               Attorneys for Defendants SAFEWAY INC. and
                               SAFEWAY BENEFIT PLANS COMMITTEE


SCHNEIDER, WALLACE, COTTRELL, KONECKY, WOTKYNS, LLP

Dated: December 15, 2017      By:/s/ Kyle Bates
                               Kyle Bates
                               Attorneys for Plaintiff, Dennis M. Lorenz

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, R. Bradford Huss, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                        /s/ R. Bradford Huss
                                        R. Bradford Huss

# [PROPOSED] ORDER

**IT SO ORDERED.**

The Pretrial Conference shall be held on   September 7  , 2018, at 2 p.m., and the trial shall commence on   October 22  , 2018, with eight (8) days reserved for trial. The parties shall file a joint pretrial conference statement on or before   August 28, 2018  .

DATED: December 18, 2017

_____
Jon S. Tigar
Judge of the United States District Court