**Todd M. Schneider** (SBN 158253)
**Jason H. Kim** (SBN 220279)
**Kyle G. Bates** (SBN 299114)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com
*Attorneys for Plaintiff*

TRUCKER ✦ HUSS
R. Bradford Huss
Angel L. Garrett
Dylan D. Rudolph
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel: (415) 788-3111
Fax: (415) 421-2017
Email: bhuss@truckerhuss.com
agarrett@truckerhuss.com
drudolph@truckerhuss.com

Joseph C. Faucher, No. 137353
633 W. 5th Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail:jfaucher@truckerhuss.com

**Attorneys for Defendants**
SAFEWAY INC. and SAFEWAY
BENEFIT PLANS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; SAFEWAY BENEFIT PLANS COMMITTEE; GREAT-WEST FINANCIAL RPS LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04903-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

JOINT STIPULATION TO CONTINUE CASE DEADLINES; [PROPOSED] ORDER;
Case No. 3:16-CV-04903-JST
173027.v1

Plaintiff, Dennis M. Lorenz ("Plaintiff"), and Defendants, Safeway Inc. ("Safeway") and Safeway Benefit Plans Committee ("Benefit Plans Committee"), collectively ("Defendants"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiff filed a complaint against Defendants and Great-West Financial RPS LLC ("Great-West") on August 25, 2016;

WHEREAS, Plaintiff filed an Amended Complaint on September 16, 2016 (Docket No. 7);

WHEREAS, Plaintiff filed a Second Amended Complaint on November 21, 2016 (Docket No. 31);

WHEREAS, the Court dismissed the claims against Great-West with prejudice and consequently removed Great-West as a defendant in this action on March 13, 2017 (Docket No. 58);

WHEREAS, Plaintiff filed a Third Amended Complaint on March 31, 2017 (Docket No. 66);

WHEREAS, after the Court found this matter to be related to the case of *Maria Karla Terraza v. Safeway Inc., et al.* (No. 16-cv-03994-JST) (see Docket No. 26), the Parties in this matter and *Terraza* streamlined their discovery process;

WHEREAS, the Parties have exchanged initial disclosures, engaged in written discovery, and are in the process of scheduling depositions;

WHEREAS, based on the initial disclosures and the deposition notice the plaintiff in *Terraza* served on Defendants, it is estimated that numerous depositions may be scheduled for mutually agreeable dates and times;

WHEREAS, although the Parties have been working diligently and cooperatively in the discovery process and in preparing this case for trial, the Parties believe that, given the number of depositions and the scope of discovery, the current schedule does not provide adequate time to complete discovery and submit dispositive motions. The Parties therefore respectfully request that the Court continue the case deadlines as detailed below;

WHEREAS, the Parties have previously made one request to extend the deadlines for completing discovery and filing dispositive motions, and the pretrial and trial dates (Dkt. 78);

WHEREAS, the Parties do not propose any change in the trial schedule or the remainder of

the pretrial schedule;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

    April 27, 2018 − Deadline to complete fact discovery

    May 11, 2018 − Deadline for expert disclosures

    May 30, 2018 − Deadline for expert rebuttal

    June 8, 2018 − Deadline to complete expert discovery

    June 21, 2018 − Deadline to file dispositive motions

IT IS SO STIPULATED.

DATED: February 16, 2018      TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

Dated: February 16, 2018      SCHNEIDER, WALLACE, COTTRELL, KONECKY, WOTKYNS, LLP

By: /s/Kyle G. Bates
Kyle G. Bates
Attorneys for Plaintiff
DENNIS M. LORENZ

I attest that my firm has obtained concurrence in the filing of this document from Kyle G. Bates.

DATED: February 16, 2018

     TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
SAFEWAY INC. and BENEFIT PLANS
COMMITTEE SAFEWAY INC.

**[PROPOSED] ORDER**

Good cause exists for an order continuing the deadlines for completing fact and expert discovery, including submitting expert disclosures and rebuttals, and filing dispositive motions to the following dates:

April 27, 2018 − Deadline to complete fact discovery

May 11, 2018 − Deadline for expert disclosures

May 30, 2018 − Deadline for expert rebuttal

June 8, 2018 − Deadline to complete expert discovery

June 21, 2018 − Deadline to file dispositive motions

DATED: February 21, 208  _____
Hon. Jon S. Tigar
United States District