SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
Kyle G. Bates (SBN 299114)
Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
Scott L. Gordon (SBN 319872)
Mark T. Johnson (SBN 76904)
Jason H. Kim (SBN 220279)
2000 Powell Street, Ste. 1400
Emeryville, CA 94608
Tel.: (415) 421-7100
Fax: (415) 421-7105
E-Mail: tschneider@schneiderwallace.com
kbates@schneiderwallace.com
jbloom@schneiderwallace.com
sgordon@schneiderwallace.com
mjohnson@schneiderwallace.com
jkim@schneiderwallace.com

SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
John J. Nestico
Garrett W. Wotkyns
8501 North Scottsdale Road, Ste. 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
Facsimile: (866) 505-8036
E-Mail: jnestico@schneiderwallace.com
gwotkyns@schneiderwallace.com

**Attorneys for Plaintiff**

TRUCKER ✦ HUSS
R. Bradford Huss (SBN 71303)
Angel L. Garrett (SBN 255682)
Dylan D. Rudolph (SBN 278707)
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel: (415) 788-3111
Fax: (415) 421-2017
Email: bhuss@truckerhuss.com
agarrett@truckerhuss.com
drudolph@truckerhuss.com

Joseph C. Faucher, (SBN 137353)
633 W. 5th Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail:jfaucher@truckerhuss.com

**Attorneys for Defendants**
SAFEWAY INC. and SAFEWAY
BENEFIT PLANS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., SAFEWAY BENEFIT PLANS COMMITTEE, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04903-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE DEADLINES; [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

Plaintiff, Dennis M. Lorenz ("Plaintiff"), and Defendants, Safeway Inc. ("Safeway") and Safeway Benefit Plans Committee ("Benefit Plans Committee"), collectively ("Defendants"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiff filed a complaint against Defendants and Great-West Financial RPS LLC ("Great-West") on August 25, 2016;

WHEREAS, Plaintiff filed an Amended Complaint on September 16, 2016 (Docket No. 7);

WHEREAS, Plaintiff filed a Second Amended Complaint on November 21, 2016 (Docket No. 31);

WHEREAS, the Court dismissed the claims against Great-West with prejudice and consequently removed Great-West as a defendant in this action on March 13, 2017 (Docket No. 58);

WHEREAS, Plaintiff filed a Third Amended Complaint on March 31, 2017 (Docket No. 66);

WHEREAS, after the Court found this matter to be related to the case of *Maria Karla Terraza v. Safeway Inc., et al.* (No. 16-cv-03994-JST) (see Docket No. 26), the Parties in this matter and *Terraza* streamlined their discovery process;

WHEREAS, the Parties Stipulated to Continue Case Deadlines, and this Court has entered orders continuing case deadlines on December 18, 2017 (Dkt. 79) and on February 21, 2018 (Dkt. 84);

WHEREAS, the Parties have exchanged initial disclosures, engaged in written discovery and exchange of documents, and will have taken 17 fact witness depositions on or before the current deadline to complete fact discovery on April 27, 2018;

WHEREAS, when the current deadline to complete fact discovery passes, three additional depositions will remain to be taken;

WHEREAS, because depositions will remain outstanding when the current deadline to

complete fact discovery passes, the Parties will be unable to provide potential experts with all fact discovery relevant to the case when fact discovery closes;

WHEREAS, although the Parties have been working diligently and cooperatively in the discovery process and in preparing this case for trial, the Parties believe that, given the number of Defendants and the scope of discovery, including the necessity of taking 20 depositions in no less than five different states, the current schedule does not provide adequate time to complete discovery and exchange expert reports. The Parties therefore respectfully request that the Court continue the case deadlines as detailed below;

WHEREAS, the Parties have previously made two requests to extend the deadlines for completing discovery and filing dispositive motions, and the pretrial and trial dates (Dkts. 79, 84);

WHEREAS, the Parties do not propose any change in the trial schedule or the remainder of the pretrial schedule;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| Event | Current Deadline (Dkt. 84) | Proposed Deadline | Length of Requested Extension |
|---|---|---|---|
| Deadline to complete fact discovery | April 27, 2018 | May 3, 2018 | Six Days |
| Deadline for expert disclosures | May 11, 2018 | May 22, 2018 | Eleven Days |
| Deadline for expert rebuttal | May 30, 2018 | June 8, 2018 | Nine Days |
| Deadline to complete expert discovery | June 8, 2018 | June 20, 2018 | Twelve Days |
| Deadline to file dispositive motions | June 21, 2018 | June 28, 2018 | Seven Days |

IT IS SO STIPULATED.

DATED: April 26, 2018                TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

Dated: April 26, 2018        SCHNEIDER WALLACE COTTRELL
                             KONECKY WOTKYNS, LLP

                             By: /s/Kyle G. Bates
                                 Kyle G. Bates
                                 Attorneys for Plaintiff

I attest that my firm has obtained concurrence in the filing of this document from Kyle G. Bates

DATED: April 26, 2018

                             TRUCKER ✦ HUSS

                             By: /s/R. Bradford Huss
                                 R. Bradford Huss
                                 Attorneys for Defendants
                                 SAFEWAY INC. and BENEFIT PLANS
                                 COMMITTEE SAFEWAY INC.

## [PROPOSED] ORDER

Good cause exists for an order continuing the deadlines for completing fact and expert discovery, including submitting expert disclosures and rebuttals, and filing dispositive motions to the following dates:

- May 3, 2018 − Deadline to complete fact discovery
- May 22, 2018 − Deadline for expert disclosures
- June 8, 2018 − Deadline for expert rebuttal
- June 20, 2018 − Deadline to complete expert discovery
- June 28, 2018 − Deadline to file dispositive motions

DATED: April 27, 2018

                             _____
                             Hon. Jon S. Tigar
                             United States District