| | |
|---|---|
| SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP<br>Kyle G. Bates (SBN 299114)<br>Todd M. Schneider (SBN 158253)<br>James A. Bloom (SBN 311051)<br>Scott L. Gordon (SBN 319872)<br>Mark T. Johnson (SBN 76904)<br>Jason H. Kim (SBN 220279)<br>2000 Powell Street, Ste. 1400<br>Emeryville, CA 94608<br>Tel.: (415) 421-7100<br>Fax: (415) 421-7105<br>E-Mail: tschneider@schneiderwallace.com<br>    kbates@schneiderwallace.com<br>    jbloom@schneiderwallace.com<br>    sgordon@schneiderwallace.com<br>    mjohnson@schneiderwallace.com<br>    jkim@schneiderwallace.com<br><br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP<br>John J. Nestico<br>Garrett W. Wotkyns<br>8501 North Scottsdale Road, Ste. 270<br>Scottsdale, AZ 85253<br>Telephone: (480) 428-0142<br>Facsimile: (866) 505-8036<br>E-Mail: jnestico@schneiderwallace.com<br>    gwotkyns@schneiderwallace.com<br><br>**Attorneys for Plaintiff** | TRUCKER ✦ HUSS<br>R. Bradford Huss (SBN 71303)<br>Angel L. Garrett (SBN 255682)<br>Dylan D. Rudolph (SBN 278707)<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Tel: (415) 788-3111<br>Fax: (415) 421-2017<br>Email: bhuss@truckerhuss.com<br>    agarrett@truckerhuss.com<br>    drudolph@truckerhuss.com<br><br>Joseph C. Faucher, (SBN 137353)<br>633 W. 5th Street, 28th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 537-1016<br>Facsimile: (213) 537-1020<br>E-mail: jfaucher@truckerhuss.com<br><br>**Attorneys for Defendants**<br>SAFEWAY INC. and SAFEWAY BENEFIT PLANS COMMITTEE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENNIS M. LORENZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., SAFEWAY BENEFIT PLANS COMMITTEE, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:16-cv-04903-JST<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER
CASE NO. 3:16-CV-04903-JST
175757.v3

1

Plaintiff, Dennis M. Lorenz ("Plaintiff"), and Defendants, Safeway Inc. ("Safeway") and Safeway Benefit Plans Committee ("Benefit Plans Committee"), collectively ("Defendants"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiff filed a complaint against Defendants and Great-West Financial RPS LLC ("Great-West") on August 25, 2016;

WHEREAS, Plaintiff filed an Amended Complaint on September 16, 2016 (Docket No. 7);

WHEREAS, Plaintiff filed a Second Amended Complaint on November 21, 2016 (Docket No. 31);

WHEREAS, the Court dismissed the claims against Great-West with prejudice and consequently removed Great-West as a defendant in this action on March 13, 2017 (Docket No. 58);

WHEREAS, Plaintiff filed a Third Amended Complaint on March 31, 2017 (Docket No. 66);

WHEREAS, after the Court found this matter to be related to the case of *Maria Karla Terraza v. Safeway Inc., et al.* (No. 16-cv-03994-JST) (see Docket No. 26), the Parties in this matter and *Terraza* streamlined their discovery process;

WHEREAS, the Parties Stipulated to Continue Case Deadlines, and this Court has entered orders continuing case deadlines on December 18, 2017 (Dkt. 79), February 21, 2018 (Dkt. 84), and April 27, 2018 (Dkt. 92);

WHEREAS, the Parties have exchanged initial disclosures, engaged in written discovery and exchange of documents, and taken 21 fact witness depositions;

WHEREAS, the Parties are in the expert discovery phase of this litigation and in the process of preparing and taking depositions of seven expert witnesses on or before the current deadline to complete expert witness on June 20, 1018;

WHEREAS, although the Parties have been working diligently and cooperatively in the discovery process and in preparing this case for trial, the Parties believe that their most recent stipulation (Dkt. 92), which the Court entered prior to the deadline for expert disclosures, does not provide adequate time to complete expert discovery and file a dispositive motion. The current schedule only provides seven days between the deadline to complete expert discovery and the

deadline to file a dispositive motion. The Parties therefore respectfully request that the Court continue the deadline for filing dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on August 9, 2018;

WHEREAS, the Parties have previously made three requests to extend the deadlines for completing discovery and filing dispositive motions, and the pretrial and trial dates (Dkts. 79, 84, and 92);

WHEREAS, the Parties do not propose any change in the trial schedule or the remainder of the pretrial schedule;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to continue the deadline to file dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on August 9, 2018.

IT IS SO STIPULATED.

DATED: June 19, 2018         TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
SAFEWAY INC. and SAFEWAY BENEFIT
PLANS COMMITTEE

DATED: June 19, 2018         SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP

By: /s/Jason H. Kim
Jason H. Kim
Attorneys for Plaintiff

I attest that my firm has obtained concurrence in the filing of this document from Jason H. Kim.

DATED: June 19, 2018

TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
SAFEWAY INC. and BENEFIT PLANS
COMMITTEE SAFEWAY INC.

**[PROPOSED] ORDER**

Good cause exists for an order continuing the deadlines to file dispositive motions from June 28, 2018 to July 6, 2018 with the opposition due on July 20, 2018, reply due on July 26, 2018, and the hearing on <u>August 16, 2018</u>, if the Court determines that oral argument is appropriate.

DATED: June 22, 2018

_____
Hon. Jon S. Tigar
United States District

4

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER
CASE NO. 3:16-CV-04903-JST
175757.v3