*Exhibit D*

**Comparator Plan 13**
**Retirement Plan Cost and Revenue Distribution Analysis**

**Plan Serviced by T. Rowe Price**

**Assets as of June 30, 2011-Current Arrangement**

| Investment Fund Name | Ticker Symbol | Total Fund Expense Ratio (Note 1) | Expense Ratio Component- 12b-1 Fee | Expense Ratio Component Revenue Sharing/ Asset Fee | Total Fund Balance- 6/30/2011 | Fund Balance As a Percentage of Plan Assets | Total Investment Management Fees | Revenue Sharing to T. Rowe Price |
|---|---|---|---|---|---|---|---|---|
| **Actively Management Funds-See Note 1** | | | | | | | | |
| American Funds EuroPacific-R5 | RERFX | 0.52% | 0.00% | 0.05% | $ 36,967,000 | 5.67% | $ 192,228 | $ 18,484 |
| Winslow Large Cap Growth-I | N/A | 0.53% | 0.00% | 0.00% | $ 62,169,000 | 9.53% | $ 329,496 | $ - |
| Dodge & Cox Balanced Fund | DODBX | 0.64% | 0.00% | 0.10% | $ 157,132,000 | 24.09% | $ 1,005,645 | $ 157,132 |
| Dodge & Cox International Stock Fund | DODFX | 0.70% | 0.00% | 0.10% | $ 7,001,000 | 1.07% | $ 49,007 | $ 7,001 |
| T. Rowe Price Equity Income Fund | PRFDX | 0.80% | 0.00% | 0.25% | $ 71,016,000 | 10.89% | $ 568,128 | $ 177,540 |
| PIMCO Total Return-I | PRSVX | 0.83% | 0.00% | 0.00% | $ 23,031,000 | 3.53% | $ 191,157 | $ - |
| T. Rowe Price Small Cap Value Fund | PRSVX | 0.22% | 0.00% | 0.25% | $ 53,619,000 | 8.22% | $ 117,962 | $ 134,048 |
| Vanguard Explorer-ADM | VEXRX | 0.32% | 0.00% | 0.00% | $ 9,096,000 | 1.39% | $ 29,107 | $ - |
| **Totals, Actively Managed Funds** | | | | | **$ 420,031,000** | **64.40%** | **$ 2,482,730** | **# $ 494,204** |
| **Index Funds** | | | | | | | | |
| NWNA TIPS Index Fund | N/A | 0.00% | 0.00% | 0.00% | $ 2,204,000 | 0.34% | $ - | $ - |
| T. Rowe Price Equity Index Trust, Class A | N/A | 0.20% | 0.00% | 0.05% | $ 35,519,000 | 5.45% | $ 71,038 | $ 17,760 |
| **Totals, Index Funds** | | | | | **$ 37,723,000** | **5.78%** | **$ 71,038** | **$ 17,760** |
| **Target Retirement Date Funds** | | | | | | | | |
| SSGA Target Retirement 2010 SLS II | | 0.17% | 0.00% | 0.00% | $ 1,746,000 | 0.27% | $ 2,968 | $ - |
| SSGA Target Retirement 2015 SLS II | | 0.17% | 0.00% | 0.00% | $ 10,179,000 | | | |
| SSGA Target Retirement 2020 SLS II | | 0.17% | 0.00% | 0.00% | $ 12,381,000 | | | |
| SSGA Target Retirement 2025 SLS II | | 0.17% | 0.00% | 0.00% | $ 14,049,000 | | | |
| SSGA Target Retirement 2030 SLS II | | 0.17% | 0.00% | 0.00% | $ 16,095,000 | | | |
| SSGA Target Retirement 2035 SLS II | | 0.17% | 0.00% | 0.00% | $ 14,481,000 | 2.22% | $ 24,618 | $ - |
| SSGA Target Retirement 2040 SLS II | | 0.17% | 0.00% | 0.00% | $ 9,677,000 | 1.48% | $ 16,451 | $ - |
| SSGA Target Retirement 2045 SLS II | | 0.17% | 0.00% | 0.00% | $ 6,284,000 | 0.96% | $ 10,683 | $ - |
| SSGA Target Retirement 2050 SLS II | | 0.17% | 0.00% | 0.00% | $ 3,469,000 | 0.53% | $ 5,897 | $ - |
| SSGA Target Retirement Income SLS II | | 0.17% | 0.00% | 0.00% | $ 1,234,000 | 0.19% | $ 2,098 | $ - |
| **Totals, Target Retirement Date Funds** | | | | | **$ 89,595,000** | **5.66%** | **$ 62,715** | **$ -** |

**Comparator Plan 13**
**Retirement Plan Cost and Revenue Distribution Analysis**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income Funds** | | | | | | | | | |
| T. Rowe Price Prime Reserve Fund | | | | | | $ 48,000 | 0.01% | $ - | |
| T. Rowe Price Stable Value Fund-B | | N/A | 0.25% | 0.00% | 0.10% | $ 82,599,000 | 12.66% | $ 206,498 | $ 82,599 |
| **Totals, Fixed Income/Money Market Funds** | | | | | | **$ 82,647,000** | **12.67%** | **$ 206,498** | **$ 82,599** |
| | | | | | | | | | |
| **Participant Loan Fund** | | | | | | | | | |
| Participant Loans Outstanding | | N/A | 0.00% | N/A | 0.00% | $ 22,272,000 | 3.41% | $ - | $ - |
| **Plan Totals** | | | | | | **$ 652,268,000** | **92%** | **$ 2,822,980** | **$ 594,563** |

Note 1-expense ratios obtained from Morningstar.

**Comparator Plan 13**
**Retirement Plan Cost and Revenue Distribution Analysis**

**Plan Cost/Revenue Components-US Plan**

| Total Investment Management Fees | | $ 2,822,980.40 | 0.4328% |
|---|---|---|---|
| Estimated Annual Administrative Fees, Loan Implementation (See Below) | | $ 275,000.00 | Estimated Amount, Excluding Loans |
| | | | |
| Total Plan Costs-All Sources | | $ 3,097,980.40 | 0.4750% |
| | | | |
| Total Plan Costs as a Percentage of Plan Assets | | 0.4750% | |
| | | | |

**Plan Revenue Analysis-Revenue to T. Rowe Price, US Plan for Administrative Services**

| Revenue Sharing Payments , Actual and Assumed Revenue Sharing Payments | $ 594,562.50 | |
|---|---|---|
| Estimated Annual Administrative Fees, Loan Implementation (See Below) | $ 225,000.00 | Fee estimated. |
| | | |
| Revenues to T. Rowe Price For Administrative Services | $ 819,562.50 | |
| | | |
| Revenues to T. Rowe Price, As a Percentage of Assets, Excluding Loan Fees | 0.1256% | |
| Revenues to T. Rowe Price, Per Participant With an Account Balance | $ 93.87 | |

**Numbers of Participants With Balances**

| All Categories, With Balances | | 8,731 |
|---|---|---|