# *Exhibit E*

**Comparator Plan 1**

**Plan Cost Illustration**

| Investment Fund Name | Ticker Symbol | Total Fund Expense Ratio (Note 1) | Expense Ratio Component-Sub-Revenue Sharing (Note 2) | Total Fund Balance- | Fund Balance- As a Percentage of Combined Plan Assets | Total Investment Management Fees | Annual Revenue Sharing |
|---|---|---|---|---|---|---|---|
| **Core Funds-Actively Managed** | | | | | | | |
| Loomis Sayles Investment Grade Bond Fund-Y | LSIIX | 0.58% | 0.15% | $ 39,104,042.45 | 7.06% | $ 226,803.45 | $ 58,656.06 |
| PIMCO Inflation Response-Multi-Asset-I | PIRMX | 0.90% | 0.00% | $ 1,153,885.63 | 0.21% | $ 10,384.97 | $ - |
| T. Rowe Price Equity Income | PRFDX | 0.67% | 0.15% | $ 62,093,650.16 | 11.21% | $ 416,027.46 | $ 93,140.48 |
| Harbor Capital Appreciation-ADM | HRCAX | 0.90% | 0.25% | $ 31,679,374.22 | 5.72% | $ 285,114.37 | $ 79,198.44 |
| Eaton Vance Atlanta Capital SMID-I | EISMX | 1.00% | 0.15% | $ 32,256,808.98 | 5.82% | $ 322,568.09 | $ 48,385.21 |
| Franklin Small Cap Value-ADV | FVADX | 0.84% | 0.25% | $ 35,633,472.91 | 6.43% | $ 299,321.17 | $ 89,083.68 |
| American Funds EuroPacific-R4 | REREX | 0.84% | 0.35% | $ 50,777,932.17 | 9.17% | $ 426,534.63 | $ 177,722.76 |
| **Totals, Core Funds** | | | | $ 252,699,166.52 | 45.62% | $ 1,986,754.13 | $ 546,186.63 |
| | | | | **Blended Fee-Core Funds** | | 0.7862% | |
| **Index Funds** | | | | | | | |
| SSgA US Bond Index Fund-C | N/A | 0.06% | 0.00% | $ 4,523,702.92 | 0.82% | $ 2,714.22 | $ - |
| SSgA S&P 500 Index Fund-N | N/A | 0.03% | 0.00% | $ 89,761,956.84 | 16.20% | $ 26,928.59 | $ - |
| SSgA Small/Mid-Cap Index-C | N/A | 0.06% | 0.00% | $ 16,589,596.73 | 2.99% | $ 9,953.76 | $ - |
| SSgA Global Equity-C | N/A | 0.19% | 0.00% | $ 6,582,118.88 | 1.19% | $ 12,506.03 | $ - |
| **Totals, Index Funds** | | | | $ 117,457,375.37 | 1.19% | $ 12,506.03 | $ - |
| | 0 | | | | | | |
| | | | | **Blended Fee-Index Funds** | | 0.0106% | |
| **Target Retirement Date Funds** | | | | | | | |
| Fidelity Freedom Income | FFFAX | 0.49% | 0.25% | $ 6,998,912.69 | 1.26% | $ 34,294.67 | $ 17,497.28 |
| Fidelity Freedom-2010 | FFFCX | 0.61% | 0.25% | $ 3,766,314.47 | 0.68% | $ 22,974.52 | $ 9,415.79 |
| Fidelity Freedom-2015 | FFVFX | 0.66% | 0.25% | $ 8,790,019.62 | 1.59% | $ 58,014.13 | $ 21,975.05 |
| Fidelity Freedom-2020 | FFFDX | 0.67% | 0.25% | $ 32,617,361.02 | 5.89% | $ 218,536.32 | $ 81,543.40 |
| Fidelity Freedom-2025 | FFTWX | 0.72% | 0.25% | $ 7,905,980.52 | 1.43% | $ 56,923.06 | $ 19,764.95 |
| Fidelity Freedom-2030 | FFFEX | 0.77% | 0.25% | $ 28,792,156.87 | 5.20% | $ 221,699.61 | $ 71,980.39 |
| Fidelity Freedom-2035 | FFTHX | 0.78% | 0.25% | $ 6,097,899.45 | 1.10% | $ 47,563.62 | $ 15,244.75 |
| Fidelity Freedom-2040 | FFFFX | 0.78% | 0.25% | $ 21,329,506.91 | 3.85% | $ 166,370.15 | $ 53,323.77 |
| Fidelity Freedom-2045 | FFFGX | 0.78% | 0.25% | $ 4,246,089.66 | 0.77% | $ 33,119.50 | $ 10,615.22 |
| Fidelity Freedom-2050 | FFFHX | 0.78% | 0.25% | $ 3,231,567.58 | 0.58% | $ 25,206.23 | $ 8,078.92 |
| Fidelity Freedom-2055 | FDEEX | 0.78% | 0.25% | $ 1,360,388.66 | | | |
| **Totals, Target Retirement Date Funds** | | | | $ 125,136,197.45 | 22.34% | $ 884,701.80 | $ 309,439.52 |
| | | | | **Blended Fee-Target Date Funds** | | 0.7070% | $ 671,970.27 |

**Comparator Plan 1**

**Plan Cost Illustration**

| Investment Fund Name | Ticker Symbol | Total Fund Expense Ratio (Note 1) | Expense Ratio Component-Sub-Revenue Sharing (Note 2) | Total Fund Balance | Fund Balance- As a Percentage of Combined Plan Assets | Total Investment Management Fees | Annual Revenue Sharing |
|---|---|---|---|---|---|---|---|
| **Fixed Income/Money Market Funds** | | | | | | | |
| INVESCO Stable Value | N/A | 0.62% | 0.23% | $ 58,674,680.52 | 10.59% | $ 363,783.02 | $ 134,951.77 |
| **Totals, Fixed Income/Money Market Funds** | | | | **$ 58,674,680.52** | **10.59%** | **$ 363,783.02** | **$ 134,951.77** |
| | | | | **Blended Fee-Fixed Funds** | | **0.6200%** | |
| **Plan Totals** | | | | **$ 553,967,419.86** | **80%** | **$ 3,247,744.98** | **$ 990,577.92** |

Note 1-investment fund expense ratios were obtained from ADP (participant disclosure).
Note 2-revenue sharing payment percentages have been confirmed ADP (revenue sharing disclosure document).

| **Total Assets-All Funds** | **$ 553,967,419.86** |
|---|---|

**Plan Cost Illustration**

| | | **Asset Management Fee-All Funds** | **0.5863%** |
|---|---|---|---|
| Total Investment Management Fees | $ 3,247,744.98 | | |
| ADP Administrative Fees | $ 407,568.00 | **Revenue Sharing Percentage** | **0.1788%** |