# *Exhibit F*

**Plan Cost Worksheet-Estimated Annual Amounts**
**Comparator Plan 12**

**Information as of December 31, 2015**

| Asset Description | Expense Ratio | Fund Assets | Investment Fees |
|---|---|---|---|
| Northern Trust-Short-Term Investment Fund | 0.044% | $ 289,499,246 | $ 127,380 |
| MFB Northern Trust Russell 2000-Index | 0.054% | $ 208,738,827 | $ 112,719 |
| MFB Northern Trust S&P 400 Index | 0.044% | $ 594,469,985 | $ 261,567 |
| MFB Northern Trust Short-Term Government | 0.046% | $ 213,401,910 | $ 98,165 |
| MFB Northern Trust Aggregate Bond Index | 0.046% | $ 1,019,383,204 | $ 468,916 |
| MFB Northern Trust S&P 500 Index | 0.044% | $ 1,581,117,123 | $ 695,692 |
| MFB Northern Trust EAFE Index | 0.169% | $ 624,751,507 | $ 1,055,830 |
| **Total Invested Assets** | | **$ 4,531,361,802** | **$ 2,820,268** |
| Participant Loans | | $ 21,174,000 | |
| **Total Plan Assets** | | **$ 4,552,535,802** | |
| **Blended Investment Management Fee Percentage-To Invested Assets** | | | **0.0622%** |

**Estimated Trust Custody Fee**

| | | |
|---|---|---|
| 2014 Ending Plan Balance-Invested Assets | | $ 4,870,364,944 |
| 2015 Ending Plan Balance-Invested Assets | | $ 4,531,361,802 |
| **Average-Invested Assets** | | **$ 4,700,863,373** |
| 2015 Trust Custody Fee Debit | | $ 1,275,005 |
| Estimated Trust Custody Fee | | 0.0271% |

**Estimated Administrative Fees**

| | |
|---|---|
| 2014 Number of Participants With Balances | 26,308 |
| 2015 Number of Participants With Balances | 24,045 |
| **Average-Number of Participants With Balances** | **25,177** |
| **2015 Administrative Fee Debit** | **$ 1,321,893** |

| | | | |
|---|---|---|---|
| **Administrative Fee to Average Invested Assets** | | | 0.0281% |
| **Administrative Fee to Average Number of Participants With Balances** | | $ | 52.51 |

Fee disclosure document indicates monthly fee debit of $3.59 or $43.08 annually.

Estimated Annual Fee, Using $43.08 annual amount and average number of participants.                                         $      1,084,604

| | | | |
|---|---|---|---|
| **Estimated Annual Administrative Fee Percentage** | | | 0.0231% |

**Estimated Financial Engines Fees**

| | | | |
|---|---|---|---|
| **2015 Financial Engines Fee Debit** | | $ | 2,886,764 |

| | | | |
|---|---|---|---|
| **Financial Engines Fee Debit-To Average Invested Assets** | | | 0.0614% |
| **Financial Engines Fee Debit-To Average Number of Participants With Balances** | | $ | 114.66 |

| | | | |
|---|---|---|---|
| **Estimated Cost Percentage** | | | 0.1789% |

1. Assets as of 12/31/2015, from 2015 audited financial statements.
2. Fund expense ratios and fee arrangment obtained from April 2016 Annual Fee Disclosure

Administrative Fees Paid-2015                                                                                    1,321,893