R. Bradford Huss, No. 71303
Angel L. Garrett, No. 255682
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   bhuss@truckerhuss.com
          agarrett@truckerhuss.com
          drudolph@truckerhuss.com

Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS
A Professional Corporation
15821 Ventura Blvd., Suite 510
Los Angeles, California 91463
Telephone:   (213) 537-1016
Facsimile:   (213) 537-1020
E-mail:   jfaucher@truckerhuss.com

Attorneys for Defendants
THE SAFEWAY DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MARIA KARLA TERRAZA, individually and on behalf of the SAFEWAY 401(k) Plan,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY INC., et al.,<br><br>　　　　　　Defendants. | Related Cases:<br>No. 3:16-cv-03994-JST<br>No. 3:16-cv-04903-JST<br><br>**NOTICE OF SETTLEMENT AS TO THE SAFEWAY DEFENDANTS; STIPULATION AND [PROPOSED] ORDER TO STAY TRIAL DEADLINES AS TO THE SAFEWAY DEFENDANTS**<br><br>Judge:　　Hon. Jon S. Tigar<br>Trial Date:　May 7, 2019 |
| DENNIS M. LORENZ, on behalf of the Safeway 401(k) Plan,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY INC., et al.,<br><br>　　　　　　Defendants. | |

---

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST

1

## NOTICE OF SETTLEMENT AND STIPULATION TO STAY

Pursuant to Northern District Civil Local Rules 6-1, 6-2, 7-12, and 40-1, Plaintiffs Maria Karla Terraza ("Terraza") and Dennis M. Lorenz ("Lorenz") (Terraza and Lorenz are collectively referred to as "Plaintiffs"), and Defendants Safeway Inc., the Safeway Benefit Plans Committee, Peter J. Bocian, David F. Bond, Michael J. Boylan, Robert B. Dimond, Laura A. Donald, Dennis J. Dunne, Robert L. Edwards, Bradley S. Fox, Bernard L. Hardy, Russell M. Jackson, Peggy Jones, Suz-Ann Kirby, Robert Larson, Melissa C. Plaisance, Paul Rowan, and Andrew J. Scoggin (collectively, the "Safeway Defendants") (Plaintiffs and the Safeway Defendants are collectively referred to as the "Settling Parties") file this Notice of Settlement as to the Safeway Defendants and Stipulation to Stay All Trial Deadlines as to the Safeway Defendants[1] in the above-captioned lawsuits for ninety (90) days as follows:

WHEREAS, the Settling Parties have reached an agreement in principle to settle the above-captioned lawsuits;

WHEREAS, the Settling Parties will jointly stipulate for leave to allow Plaintiffs to amend their operative complaints to assert class action allegations against the Safeway Defendants under Federal Rule of Civil Procedure 23;

WHEREAS, Plaintiffs will move, and the Safeway Defendants will not oppose Plaintiffs' motion to certify the class;

WHEREAS, Plaintiffs anticipate needing 90 days to file and have heard a motion for preliminary approval of the class action settlement;

WHEREAS, trial in the above-captioned lawsuits is currently set for May 7, 2019;

WHEREAS, the Settling Parties have conferred and agreed, subject to the Court's approval, to stay the current trial deadlines as to the Safeway Defendants for 90 days;

WHEREAS, staying the current trial deadlines would avoid unnecessary expenses and fees while the Settling Parties finalize their settlement, Plaintiffs seek leave to amend their operative complaints to assert class action allegations against the Safeway Defendants, and Plaintiffs prepare

---

[1] Defendant Aon Hewitt Investment Consulting Inc. remains an active defendant in the Terraza lawsuit and is not a party to the subject settlement in principle.

2

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST

1  a motion for preliminary approval of the class action settlement;

2  NOW, THEREFORE, by and through the undersigned counsel, the Settling Parties stipulate

3  and agree, subject to the Court's approval, that all current trial deadlines should be stayed for 90

4  days as to the Safeway Defendants only.

5  IT IS SO STIPULATED.

6  DATED: April 23, 2019                                TRUCKER ✦ HUSS, APC

8  By: /s/ R. Bradford Huss
   R. Bradford Huss
   Joseph C. Faucher
9  Angel L. Garrett
   Dylan D. Rudolph
10 Attorneys for the
   SAFEWAY DEFENDANTS

12 DATED: April 23, 2019                                SHEPHERD FINKELMAN MILLER &
                                                        SHAH, LLP

14 By: /s/ James E. Miller
   James E. Miller
15 Laurie Rubinow
   Attorneys for Plaintiff
16 MARIA KARLA TERRAZA

17 DATED: April 23, 2019                                SCHNEIDER WALLACE COTTRELL
                                                        KONECKY WOTKYNS, LLP
18

19
   By: /s/ James A. Bloom
20 Todd M. Schneider
   Jason H. Kim
21 James A. Bloom
   Attorneys for Plaintiff
22 DENNIS M. LORENZ

23 I attest that my firm has obtained concurrence in the filing of this document from James E.

24 Miller and James A. Bloom.

25 DATED:  April 23, 2019                               TRUCKER ✦ HUSS, APC

26
   By: /s/ R. Bradford Huss
27 R. Bradford Huss
   Attorneys for the
28 SAFEWAY DEFENDANTS

---

3

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO
STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

**[PROPOSED] ORDER**

Pursuant to the Settling Parties' Notice of Settlement as to the Safeway Defendants and Stipulation to Stay All Trial Deadlines as to the Safeway Defendants, and for good cause shown, the Court will stay all trial deadlines as to the Safeway Defendants only for ninety (90) days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                                 Hon. Jon S. Tigar
                                                 Judge of the United States District Court

4

NOTICE OF SETTLEMENT AS TO SAFEWAY DEFENDANTS AND STIPULATION TO STAY AS TO SAFEWAY DEFENDANTS; Case Nos. 3:16-cv-03994-JST; 3:16-cv-04903-JST