Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
James A. Bloom (SBN 311051)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DENNIS M. LORENZ, On Behalf of the Safeway 401(k) Plan, <br><br> Plaintiff, <br><br> vs. <br><br> SAFEWAY, INC et al., <br><br> Defendants. | Case No.: 4:16-cv-04903-JST <br><br> **STIPULATION OF DISMISSAL** |

All remaining parties to this action, Plaintiff Dennis M. Lorenz and Defendants Safeway Inc. and Safeway Benefit Plans Committee (the "Parties"), hereby stipulate that this case is dismissed in its entirety, with prejudice, in accordance with the approved class settlement in *Maria Karla Terraza v. Safeway Inc.*, No.16-cv-03994-JST (N.D. Cal.), Docket No. 267-2, ¶ 2.1(a) and Docket No. 277. The Parties further stipulate that they will each pay their own attorneys' fees and costs incurred in this action except as provided in the settlement.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2021 | Respectfully submitted, |
| 2 | | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| 4 | | */s/ James A. Bloom* |
| | | Todd M. Schneider (SBN # 158253) |
| 5 | | Jason H. Kim (SBN 220279) |
| | | James A. Bloom (SBN # 311051) |
| 6 | | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| | | 2000 Powell Street, Suite. 1400 |
| | | Emeryville, CA 94608 |
| | | Tel.: (415) 421-7100 |
| | | Fax: (415) 421-7105 |
| | | tschneider@schneiderwallace.com |
| | | jkim@schneiderwallace.com |
| | | jbloom@schneiderwallace.com |
| 12 | | *Attorneys for Plaintiff* |
| 14 | Dated: September 30, 2021 | Respectfully submitted, |
| 15 | | TRUCKER HUSS, APC |
| 16 | | */s/ R. Bradford Huss* |
| | | R. Bradford Huss |
| 17 | | Dylan D. Rudolph |
| | | TRUCKER HUSS, APC |
| 18 | | One Embarcadero Center, 12th Floor |
| | | San Francisco, CA 94111 |
| | | Tel.: (415) 788-3111 |
| | | Fax: (415) 421-2017 |
| | | bhuss@truckerhuss.com |
| | | drudolph@truckerhuss.com |
| 22 | | *Attorneys for Defendants* |
| 23 | | SAFEWAY INC., SAFEWAY BENEFIT PLANS COMMITTEE |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants

*/s/ James A. Bloom*
James A. Bloom